IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XIN WANG,<br><br>      Plaintiff,<br><br>v.<br><br>INJECTIVE LABS INC. and ZHONGHAN "ERIC" CHEN,<br><br>      Defendants. | Civil Action No.: 1:22-CV-00943-WCB |

### ORDER

WHEREAS, the Court has considered Plaintiff Xin Wang ("Plaintiff") Motion requesting exemption of persons from the District of Delaware's May 17, 2024 Standing Order on Personal Devices.

IT IS HEREBY ORDERED that the Motion is GRANTED and that for purposes of the trial to be held in the above-captioned action in the J. Caleb Boggs Federal Building on February 9-13, 2026, the following individuals are exempt from the Stading Order and shall be permitted to retain and use their electronic devices:

| | Name | Employer | Role |
|---|---|---|---|
| **(a)** | Tyler Harttraft | Bull Blockchain Law LLP | Plaintiff's Counsel |
| **(b)** | James Wines | Bull Blockchain Law LLP | Plaintiff's Counsel |
| **(c)** | Xiaoyang Li | Bull Blockchain Law LLP | Plaintiff's Counsel |
| **(d)** | Daniel Scott | Prevail Trial | Technical Support |
| **(e)** | Richard J. Hobbs | Prevail Trial | Technical Support |
| **(f)** | Jesse Brown | Prevail Trial | Technical Support |

IT IS HEREBY FURTHER ORDERED that the individuals listed above will present this Order, along with a valid photographic I.D. to the United States Marshals on entry to the J. Caleb Boggs Federal Building and United States Courthouse.

IT IS HEREBY ORDERED this 3rd day of February, 2026.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE